# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. MICHAEL DE CESARE, et al., | Case No.  1:13-cv-00371-SKO |
| Plaintiffs, | |
| v. | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY NOVEMBER 21, 2014 |
| MONICA DIAZ, et al., | |
| Defendants. | |

The parties agreed to settle this action during a settlement conference conducted by the undersigned on September 11, 2014.  The parties were ordered to file dispositive documents within sixty days.  More than sixty days have passed and the parties have not filed dispositive documents in compliance with the Court's order nor sought an extension of time to do so.

Accordingly, IT IS HEREBY ORDERED THAT the parties shall file dispositive documents in this action by November 21, 2014.

IT IS SO ORDERED.

Dated:   **November 17, 2014**

UNITED STATES MAGISTRATE JUDGE

1