UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **A. Michael De Cesare**, an individual, and **Dorlene De Cesare**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**Monica Diaz**, an individual, **City of Madera**, a municipality, and **Does 1 through 15**,<br><br>Defendants. | Case No. 1:13-CV-00371-AWI-SKO<br><br>**STIPULATION AND REQUEST FOR DISMISSAL OF ACTION; ORDER THEREON**<br><br>Judge:  Magistrate Sheila K. Oberto<br>Dept:   Courtroom 7, 6th Floor |

The parties have settled this action per a written settlement agreement fully executed on November 20, 2014. Per Federal Rule of Civil Procedure §41(a)(2), the parties agree and request that the Court dismiss this action in its entirety with prejudice.

Date: November 21, 2014              /s/ Brent Richardson
                                     Brent Richardson for City of Madera and
                                     Monica Diaz


Date November 21, 2014               /s/ J. Edward Kerley
                                     J. Edward Kerley for Plaintiffs Dorlene
                                     and A. Michael De Cesare

## **ORDER**

The parties have stipulated to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41.  As such, this action has been terminated.  The Clerk of Court is DIRECTED to administratively close this case.


IT IS SO ORDERED.

   Dated:   **November 25, 2014**              /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE